IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

NICHOLE STANLEY,

    Plaintiff,

v.

WALMART NEIGHBORHOOD MARKET, JOHN DOE, RASHEMA DELOACH, and ABC CORP.

    Defendants.

Civil Action File No._____

## NOTICE OF REMOVAL

Wal-Mart Stores East L.P. and Rashema Deloach, without waiving defenses, respectfully file this Notice of Removal to the United States District Court for the Middle District of Georgia, Valdosta Division, showing the Court as follows:

1.

On March 9, 2022, Plaintiffs filed this personal injury suit against Defendants in the State Court of Lowndes County, Georgia, which is located in the Middle District of this Court. "Exhibit A" to this notice includes copies of all process, pleadings, and orders received by Defendants and filed in Lowndes County in this action as of the time of this removal. Defendant Walmart was served

with the Complaint on March 16, 2022 and Defendant Deloach was served with the Complaint on March 19, 2021. (Exhibit "A", pp.1, 19)

2.

Plaintiff's Complaint alleges that one or more of the following negligent actions by Defendants Walmart and Rashema Deloach proximately caused injury and damages to Plaintiff: (a) failed to exercise ordinary care to have the premises in a reasonably safe condition; (b) failing to exercise ordinary care not to expose the invitees to unreasonable risk; (c) failing to adequately warn of the hazard; and/or (d) negligent placement of any alleged warning sign in a manner where it was clearly visible. (Exhibit "A" Complaint, ¶¶ 50-52).

3.

Plaintiff's Complaint does not contain an amount in controversy in the ad damnum clause, but states her intention to bring "each and every permissible, proper and authorized claim for damages under Georgia laws. Plaintiff's Complaint indicates that she has incurred medical expenses to date in excess of $63,217.16. (Complaint, ¶54). Through counsel, Plaintiff has made a settlement demand of $365,000.00.

4.

Plaintiff Nichole Stanley is a resident and citizen of the State of Georgia. (Complaint, ¶ 1).

5.

Plaintiff's Complaint names Wal-Mart Neighborhood Market ("Wal-Mart") and Rashema Deloach along with "John Doe" and "ABC, Corp." as defendants. (Exhibit A, Complaint at ¶¶ 2, 3, 4). Rashema Deloach is a resident of Georgia. (Complaint, ¶ 3). "John Doe" and "ABC, Corp." are unidentified. (Complaint, ¶ 4).

6.

The daily operation of the Wal-Mart Neighborhood Market located at 1810 Tift Avenue North, Tifton, Georgia 31794 is managed by Wal-Mart Stores East, LP, and is carried out by over 100 employees, including managers, assistant managers and associates. (Exhibit "B," Affidavit of Rashema Deloach, ¶6).

7.

Walmart Stores East, LP is a Delaware limited liability partnership, of which WSE Management, LLC (a Delaware limited liability company) is the sole general partner and WSE Investment, LLC (a Delaware limited liability company) is the sole limited partner.  The sole member of WSE Management, LLC and of WSE Investment, LLC is Wal-Mart Stores East, LLC, an Arkansas limited liability

company.  The sole member of Wal-Mart Stores East, LLC is Walmart Inc., a Delaware corporation and Wal-Mart Stores East, LLC is a wholly-owned subsidiary of Walmart Inc., a Delaware corporation.  Wal-Mart Stores East, L.P.'s principal place of business is in Arkansas.  As such, Wal-Mart Stores East, LP and none of its partners, none of its partners' members are citizens of the State of Georgia at the time of, or immediately prior to, the filing and service of this lawsuit, or at any time thereafter.  (See Exhibit "C").

8.

Defendant Deloach was not employed at the Wal-Mart Neighborhood Market at 1810 Tift Avenue North, Tifton, Georgia 31794 at the time of Plaintiff's alleged injury.  (Exhibit "B" Affidavit of Rashema Deloach, ¶2). This incident occurred on April 15, 2020. (Complaint, ¶ 6). Deloach began working as manager of the store in September of 2020. (Exhibit "B" ¶ 3).

9.

Deloach was not the owner or occupier of the premises where the alleged injury to Plaintiff occurred. (Exhibit "B" ¶ 7). Deloach could not have been responsible for maintaining the premises in a safe condition at the time that the alleged injuries to Plaintiff occurred. Deloach is not a party to any lease entered

into by Wal-Mart Stores East, LP and has never even seen or reviewed the lease. (Exhibit "B" ¶ 7).

10.

Plaintiff has improperly and/or fraudulently joined Deloach in this action in an attempt to avoid diversity jurisdiction.

11.

As such, complete diversity of citizenship exists between Plaintiff, who is a resident and citizen of the State of Georgia, and the only possibly proper Defendant, Walmart Stores East, LP, a Delaware limited partnership.

10.

Plaintiff's Complaint shows that Plaintiff has no possibility of recovery against Deloach. *Newman v. Wal-Mart Stores E., L.P.*, No. 7:15-CV-165 (HL), 2015 WL 7258497, at *4 (M.D. Ga. Nov. 17, 2015); *Joy v. Wal-Mart Stores E., LP et al.*, No. 1:20-CV-04309-WMR, 2021 WL 2562146, at *1 (N.D. Ga. Mar. 23, 2021); *Carriere v. Sears, Roebuck & Co.*, 893 F.2d 98 (1990).

11.

Inasmuch as there is diversity jurisdiction between the only proper parties to this action, Plaintiff's fraudulent joinder of Ms. Deloach should be disregarded by this Court in considering diversity jurisdiction.

12.

Given the alleged damages sought in the Complaint, Plaintiff's Complaint establishes on its face that the amount in controversy in this action exceeds $75,000.  *Allen v. Golden Gate Nat'l Senior Care LLC,* No. 1:10-CV-1661-WSD, 2010 WL 11597562, at *2 (N.D. Ga. July 28, 2010).

13.

Defendants have timely removed this case pursuant to 28 U.S.C.A. §1446(b)(1) which provides that the "notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based…".  This removal is filed within thirty days of Defendants being served with Plaintiff's Complaint on March 19, 2022. (Exhibit "A").

14.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1332(a) and 1441 because complete diversity exists between the proper parties to this action and the amount in controversy exceeds $75,000.00.

15.

Pursuant to the provisions of 28 U.S.C. § 1446, Defendants have attached (as Exhibit A) copies of all process, pleadings, and orders served on and filed by Defendants in the State Court of Lowndes County, Georgia for the above-styled case.

16.

Pursuant to 28 U.S.C. § 1447, Defendants are not required to file a removal bond.

17.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446 per the attached certificate of service.

18.

A true and correct copy of this Notice of Removal will be filed with the Clerk of State Court of Lowndes County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendants pray that this lawsuit be removed to the United States District Court for the Middle District of Georgia, Valdosta Division, that this Court take cognizance and jurisdiction over this claim from the State Court of

Lowndes County, Georgia, and that this action shall proceed as removed and under this Court's jurisdiction pursuant to 28 U.S.C. §1332.

Respectfully submitted this 15th day of, 2022.

**DREW, ECKL & FARNHAM, LLP**

*/s/ Leslie P. Becknell*
Leslie P. Becknell
Georgia Bar No. 508011

777 Gloucester Street
Suite 305
Brunswick, GA  31520
(912) 280-9662
becknellL@deflaw.com

*/s/  Franklin T. Coleman, IV*
Franklin T. Coleman, IV
Georgia Bar No. 177580
*Attorney for Defendants*

1604 W. 3d Avenue
Albany, GA 31707
229-431-3036
colemanf@deflaw.com

12540563v1
05695-228909

## CERTIFICATE OF SERVICE

This is to certify that I have this day forwarded, via United States Mail, postage prepaid, and statutory electronic service via filing in CM/ECF a true and correct copy of the foregoing *Notice of Removal* to the following counsel of record, addressed as follows:

Matthew K. Williams<br>
Monge & Associates<br>
8205 Dunwoody Place Building 19<br>
Atlanta, Georgia 30350<br>
matthew@monge.lawyer

This 15th day of April 2022.

**DREW, ECKL & FARNHAM, LLP**

/s/  *Franklin T. Coleman, IV*
Franklin T. Coleman, IV
Georgia Bar No. 177580
*Attorney for Defendants*

1604 W. 3d Avenue
Albany, GA 31707
229-431-3036
colemanf@deflaw.com

12540563v1
05695-228909