IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| NICHOLE STANLEY, | : | |
| Plaintiff, | : : : | |
| v. | : : | CASE NO.: 7:22-cv-37 (WLS) |
| WAL-MART STORES EAST, LP | : : : : | |
| Defendants. | : : | |

**ORDER**

On March 9, 2022 Plaintiff filed this personal injury action against Defendants in the State Court of Lowndes County, Georgia. (Doc. 1.) On April 15, 2022, Defendants filed a Notice of Removal. (Doc. 1.) On April 18, 2022, the Clerk of this Court noticed Plaintiff's Counsel that the Court's records did not show that Plaintiff's Counsel met the required attorney admissions policies of this Court. The Clerk's Office informed Plaintiff's Counsel that if Plaintiff's Counsel did not meet all the attorney admissions requirements of this Court, including the payment of Pro Hac Vice or admissions fees, within fourteen (14) days, a show cause hearing would be scheduled.

As of May 3, 2022 – fifteen (15) days later – Plaintiff's Counsel had not satisfied the attorney admissions requirements of this Court. Accordingly, the Clerk's Office noticed Plaintiff's Counsel again, and provided Plaintiff's Counsel with an additional fourteen (14) days to meet the admissions requirements of this Court.

To date, Plaintiff's Counsel has not satisfied the attorney admissions requirements of this Court. Plaintiff's Counsel is **ORDERED** to immediately comply with the above noted

1

admissions requirements or the Court will schedule a show cause hearing, that shall be separately noticed.

      **SO ORDERED**, this 19th day of May 2022.

                                      **/s/ W. Louis Sands**
                                      **W. LOUIS SANDS, SR. JUDGE**
                                      **UNITED STATES DISTRICT COURT**