**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| NICHOLE STANLEY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.: 7:22-cv-37 (WLS) |
| : | |
| WAL-MART STORES EAST, LP : | |
| : | |
| : | |
| Defendants. : | |
| : | |

**ORDER**

On May 19, 2022 this Court ordered Plaintiff's Counsel to immediately comply with the attorney admissions requirements of this Court. (Doc. 5.) The Court noted that if Plaintiff's Counsel failed to comply, the Court would schedule a show cause hearing. (*Id.*) The Court's records show that Plaintiff's Counsel was admitted to practice law in this Court on May 24, 2022. Accordingly, Plaintiff's Counsel has complied with the instructions of this Court and no further action is required.

**SO ORDERED**, this 2nd day of June 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**