IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| NICHOLE STANLEY,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART NEIGHBORHOOD MARKET, JOHN DOE, RASHEMA DELOACH, and ABC CORP.<br>    Defendants. | Civil Action File<br>No. 7:22-CV-00037-WLS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Nichole Stanley ("Plaintiff") and Defendants Walmart Neighborhood Market and Rashema Deloach ("Defendants"), by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and hereby stipulate that the above- styled action should be dismissed in its entirety with prejudice. Plaintiff and Defendants agree to bear their own attorneys' fees and costs associated with this action.

Respectfully submitted this 10th day of April, 2023.

/s/ Joseph D. Perrotta
Joseph D. Peroota
GA Bar No.
joe@monge.lawyer

Monge & Associates
8205 Dunwoody Place
Building 19
Atlanta, GA 30350
Tel: (800) 899-5750

*Counsel for Plaintiff*

13425916v1
05695-228909

/s/ Franklin T. Coleman, IV
Franklin T. Coleman, IV
GA Bar No. 177580
colemanf@deflaw.com

Drew Eckl & Farnham, LLP
1604 W. Third Avenue
Albany, GA 31707
Tel.: (229) 431-3036

*Counsel for Defendants*

SO ORDERED this 12th day of April, 2023.

W. Louis Sands, Sr. Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record:

Respectfully submitted, this 10th day of April, 2023

/s/ *Franklin T. Coleman, IV*
Franklin T. Coleman, IV
GA Bar No. 177580

Drew Eckl & Farnham, LLP
1604 W. Third Avenue
Albany, GA 31707
Tel.: (229) 431-3036
colemanf@deflaw.com