IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| NICHOLE STANLEY, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-CV-37 (WLS) |
| | * |
| WALMART NEIGHBORHOODMARKET, JOHN DOE, RASHEMADELOACH, and ABC CORP, | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 12, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 12th day of April, 2023.

David W. Bunt, Clerk

s/Katie S. Logsdon, Deputy Clerk